THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

JAMES PERRY COLLIER           CASE No. 08-61454
                                           Chapter 7
                                           Honorable THOMAS J. TUCKER

                     Debtor(s)             /

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

       The attached check in the amount of $182.13 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| BANK OF AMERICA | 1 | $182.13 |
| **TOTAL** | | **$182.13** |

Dated: January 5, 2010                      /s/ Kenneth A. Nathan
                                                           Kenneth A. Nathan, Trustee
                                                            260 Franklin Center
                                                            29100 Northwestern Highway
                                                            Southfield, MI 48034
                                                            (248) 351-0099
                                                            knathantrustee@nathanzousmer.com